**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____New Jersey_____

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Roper and Twardowsky, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  2 2 – 3 8 1 3 7 9 7

4. **Debtor's address**

   **Principal place of business**
   77 Jefferson Place
   Number    Street

   Totowa     NJ     07512
   City       State  ZIP Code

   PASSAIC
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City       State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City       State   ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    Roper and Twardowsky, LLC _____    Case number (*if known*)_____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY
        District _____  When _____  Case number _____
                                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
        District _____  When _____
                                                        MM / DD / YYYY
        Case number, if known _____

Debtor  __Roper and Twardowsky, LLC_____        Case number (*if known*)_____
       <sub>Name</sub>

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>              Number      Street<br>              _____<br>              _____  _____  _____<br>              City                              State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name   _____<br>      Phone              _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☒ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor  Roper and Twardowsky, LLC  
Name

Case number (*if known*)_____

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/04/2015  
MM / DD / YYYY

✘ /s/Angela M. Roper    Angela M. Roper  
Signature of authorized representative of debtor    Printed name

Title Managing Member

**18. Signature of attorney**

✘ /s/VincentD.Commisa,Esq.    Date  12/04/2015  
Signature of attorney for debtor    MM / DD / YYYY

Vincent D. Commisa, Esq.  
Printed name

Vincent D. Commisa, Esq.  
Firm name

20 Manger Road  
Number    Street

West Orange    NJ    07052  
City    State    ZIP Code

(973) 821-7722    vcommisa@vdclaw.com  
Contact phone    Email address

1594    NJ  
Bar number    State

Official Form B201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

**Fill in this information to identify the case:**

Debtor name: Roper and Twardowsky, LLC

United States Bankruptcy Court for the: New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name** _____

**Describe debtor's property that is subject to a lien** _____

$_____    $_____

**Creditor's mailing address** _____

**Describe the lien** _____

**Creditor's email address, if known** _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Creditor's name** _____

**Describe debtor's property that is subject to a lien** _____

$_____    $_____

**Creditor's mailing address** _____

**Describe the lien** _____

**Creditor's email address, if known** _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      $ 0.00

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of __1__

**Fill in this information to identify the case:**

Debtor _____ Roper and Twardowsky, LLC _____

United States Bankruptcy Court for the: New Jersey _____

Case number _____
(If known)

❑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ❑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | **Total claim** | **Priority amount** |
|---|---|---|

**2.1** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:** $_____    $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
❑ No
❑ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  Roper and Twardowsky, LLC _____  Case number (*if known*)_____
        Name

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** <br> Gavin Lentz, Esq. <br><br> Bochetto & Lentz, P.C. 1230 Brace Road <br> Cherry Hill, New Jersey 08034 <br><br> **Date or dates debt was incurred** 2014 <br> **Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Contract/Legal Fee <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 496,516.85 |
| **3.2** | **Nonpriority creditor's name and mailing address** <br> Scott B. Gorman, Esq. <br><br> 457 Haddonfield Road #400 <br> Cherry Hill, New Jersey 08002 <br><br> **Date or dates debt was incurred** 2014 <br> **Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Contract/Legal Fee <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 2,809,588.10 |
| **3.3** | **Nonpriority creditor's name and mailing address** <br> William Gold, Esq./Bendit Weinstock,P.A. <br><br> 80 Main Street Suite 260 <br> West Orange, New Jersey 07052 <br><br> **Date or dates debt was incurred** 2014 <br> **Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Contract/Legal Fee <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 1,171,985.14 |
| **3.4** | **Nonpriority creditor's name and mailing address** <br> William J.Skepneck & Steven M.Smoot <br><br> c/o Sherwood, Harper, etc 833 N. Waco,Suite 100 <br> Wichita, Kansas 67201 <br><br> **Date or dates debt was incurred** 2015 <br> **Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Judgment <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $ 2,250,000.00 |
| **3.5** | **Nonpriority creditor's name and mailing address** <br> _____ <br> _____ <br> _____ <br><br> **Date or dates debt was incurred** _____ <br> **Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $ _____ |
| **3.6** | **Nonpriority creditor's name and mailing address** <br> _____ <br> _____ <br> _____ <br><br> **Date or dates debt was incurred** _____ <br> **Last 4 digits of account number** __ __ __ __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _____ <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | $ _____ |

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 2 of 4

Debtor __Roper and Twardowsky, LLC_____    Case number *(if known)*_____
         Name

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.2. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.3. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.4. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.5. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.6. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.7. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.8. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.9. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.10. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.11. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |
| 4.12. | _____ | Line ____ ❑ Not listed. Explain _____ | ― ― ― ― |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $6,728,090.09 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $6,728,090.09 |

**Fill in this information to identify the case:**

Debtor name: Roper and Twardowsky, LLC

United States Bankruptcy Court for the: New Jersey

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Scott B. Gorman, Esq. 457 Haddonfield Road #400 Cherry Hill, NJ 08002 | | Contract/Legal Fee | | | | $2,809,588.10 |
| 2 | See Attachment 1 c/o Sherwood, Harper, etc 833 N. Waco, Suite 100 Wichita, KS 67201 | | Judgment | | | | $2,250,000.00 |
| 3 | See Attachment 2 80 Main Street Suite 260 West Orange, NJ 07052 | | Contract/Legal Fee | | | | $1,171,985.14 |
| 4 | Gavin Lentz, Esq. Bochetto & Lentz, P.C. 1230 Brace Road Cherry Hill, NJ 08034 | | Contract/Legal Fee | | | | $496,516.85 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  Roper and Twardowsky, LLC
        Name

Case number *(if known)*_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Attachment
Debtor: Roper and Twardowsky, LLC      Case No:

Attachment 1

    William J.Skepneck & Steven M.Smoot

Attachment 2

    William Gold, Esq./Bendit Weinstock,P.A.

```
Gavin Lentz, Esq.
Bochetto & Lentz, P.C.
1230 Brace Road
Cherry Hill, NJ 08034


Scott B. Gorman, Esq.
457 Haddonfield Road
#400
Cherry Hill, NJ 08002


William Gold, Esq./Bendit Weinstock,P.A.
80 Main Street
Suite 260
West Orange, NJ 07052


William J.Skepneck & Steven M.Smoot
c/o Sherwood, Harper, etc
833 N. Waco,Suite 100
Wichita, KS 67201
```

**UNITED STATES BANKRUPTCY COURT**
**New Jersey**

In re: **Roper and Twardowsky, LLC**

**Debtors**

Case No. _____

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **December 4, 2015**          Signed: **/s/Angela M. Roper**

Dated: _____          Signed: _____

Signed: **/s/VincentD.Commisa,Esq.**
**Vincent D. Commisa, Esq.**
**Attorney for Debtor(s)**
**Bar no.: 1594**
**20 Manger Road**
**West Orange, New Jersey 07052**
**Telephone No: (973) 821-7722**
**Fax No: (973) 521-5121**

**E-mail address: vcommisa@vdclaw.com**